# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 4/29/2025 |
| Case: 25–30334 | Form ID: OFRDI | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
tr      Sarah L. Little      sarah@littletrustee.com

                                 TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Douglas K Ivey      3330 Paradise Dr      Tiburon, CA 94920

                                 TOTAL: 1