# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: admin | | Date Created: 4/29/2025 |
| Case: 25−30334 | Form ID: 309A | | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Douglas K Ivey | 3330 Paradise Dr | Tiburon, CA 94920 | |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05−0153 | San Francisco, CA 94102 |
| tr | Sarah L. Little | 2415 San Ramon Valley Blvd. #4432 | San Ramon, CA 94583 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 15752206 | National Default Servicing Corporation | 7720 N. 16th Street, Suite 300 | Phoenix, AZ 85020 | |
| 15752205 | Selene Finance LP | PO Box 71243 | Philadelphia, PA 19176 | |

TOTAL: 8